■ MICHELLE G. SHANAHAN, Respondent, v PETER M. SHANAHAN, Appellant. (Appeal No. 2.) — Order and judgment unanimously reversed and

matter remitted to Supreme Court, Erie County, for further proceedings. Same memorandum as in *Shanahan v Shanahan* (80 AD2d 738). (Appeal from order and judgment of Erie Supreme Court — contempt.) Present — Cardamone, J.P., Simons, Callahan, Denman and Schnepp, JJ.